IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

STEVE RUIZ, on behalf of himself and all others similarly situated;
ADAM MOREHEAD, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS;
DAVID JOHNSON, in his official capacity;
DEAN WILLIAMS, in his official capacity,

    Defendants.

## NOTICE OF REMOVAL

Defendants the Colorado Department of Corrections ("CDOC"), David Johnson and Dean Williams, by and through their counsel, the Colorado Attorney General, respectfully submit this Notice of Removal. In support, Defendants state as follows:

    1.    Plaintiffs originally filed this putative class action in Colorado State District Court, for the City and County of Denver, Case No. 2020CV31723. Plaintiffs' sole claim for relief is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("FLSA"). *See* Amended Complaint, Exhibit A.

2. This Court has jurisdiction over Plaintiff's lawsuit pursuant to Federal Question Jurisdiction, 28 U.S.C. § 1331. *See* Ex. A. This Notice of Removal is timely filed as Defendants waived service of the Amended Complaint on August 10, 2020.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders either served upon Defendants or filed in state court are attached as Exhibits B-I.

4. Pursuant to 28 U.S.C. § 1446(d), notice is contemporaneously provided to adverse parties and the state court by filing a copy of this notice in the state court action.

5. Pursuant to D.C.COLO.LCivR 81.1B, a copy of the state court's register of actions is attached as Exhibit J. The state court has not set any hearings as of the filing of this Notice of Removal.

WHEREFORE, Defendants respectfully submit this Notice of Removal and request this Court exercise jurisdiction over this matter pursuant to 28 U.S.C. §§ 1441(a) and 1453(b).

Respectfully submitted this 31st day of August, 2020

        PHILIP J. WEISER
        Attorney General


        *s/ Heather K. Kelly*
        Heather K. Kelly*
        Assistant Attorney General
        Civil Litigation and Employment Law Section
        Colorado Department of Law
        Ralph L. Carr Colorado Judicial Center

1300 Broadway, 10th Floor
Denver, CO  80203
Telephone: 720-508-6593
Email: heather.kelly@coag.gov
*Attorneys for Defendants Colorado Department of Corrections, David Johnson and Dean Williams*

*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing NOTICE OF REMOVAL upon all parties herein by e-filing with the CM/ECF system maintained by the Court, this 31 day of August, 2020 addressed as follows:

| | |
|---|---|
| Bill S. Finger | Paul F. Lewis |
| Casey J. Leier | Michael D. Kuhn |
| FINGER LAW P.C. | Andrew E. Swan |
| 29025-D Upper Bear Creek Road | LEWIS KUHN SWAN P.C. |
| Evergreen, CO 80439 | 620 North Tejon Street, Suite 101 |
| bill@fingerlawpc.com | Colorado Springs, Colorado 80903 |
| casey@fingerlawpc.com | plewis@lks.law |
| *Attorneys for Plaintiffs* | mkuhn@lks.law |
| | aswan@lks.law |
| | *Attorneys for Plaintiffs* |

    s/ *Laurie A. Merrick*

4