IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02643-RM-SKC

STEVE RUIZ, and
ADAM MOREHEAD, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

---

### PARTIES' STATUS REPORT ON SETTLEMENT
---

    Plaintiffs Steve Ruiz and Adam Morehead ("Plaintiffs") and Defendant the Colorado Department of Corrections ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, respectfully provide this Status Report on Settlement as follows:

    1.    On May 12, 2022, the Court ordered the Parties to file dismissal papers or a report regarding the status of settlement on or before August 10, 2022. *See* ECF No. 67. The Parties do so here.

    2.    The Parties continue to work cooperatively to execute the terms of settlement. Specifically, the third-party settlement administrator, Rust Consulting, has sent to the collective notice of the settlement. Well over 100 individuals have already opted in, and the Parties expect that a significant majority of the collective will do so in the coming weeks.

    3.    The deadline to opt in is September 2, 2022 (49 days from July 15, 2022).

4. The Parties thus request a new deadline for the submission of dismissal papers or an additional status report within 90 days.

Respectfully submitted this 8th day of August, 2022.

<table>
<tr><td>

LEVENTHAL LEWIS
KUHN TAYLOR SWAN PC

*/s/ Andrew E. Swan*
Paul F. Lewis
Michael D. Kuhn
Andrew E. Swan
Casey J. Leier
620 North Tejon Street, Suite 101
Colorado Springs, Colorado 80903
plewis@ll.law
mkuhn@ll.law
aswan@ll.law
cleier@ll.law

*Attorneys for Plaintiffs*

</td><td>

PHILIP J. WEISER
Attorney General

*/s/ Heather K. Kelly*
Heather K. Kelly
First Assistant Attorney General
Amanda C. Swartz
Assistant Attorney General
Colorado Department of Law
Civil Litigation and Employment Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
heather.kelly@coag.gov
amanda.swartz@coag.gov

*Attorneys for Defendant*

</td></tr>
</table>